# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23-cr-160 (30) (NEB/JFD) |
| | Date: August 27, 2025 |
| AMARJAH LESTER, | Courthouse: Minneapolis |
| M-Thang, | Courtroom: 13W |
| | Court Reporter: Renee Rogge |
| | Time Commenced: 10:15 a.m. |
| Defendant. | Time Concluded: 10:50 a.m. |
| | Time in Court: 35 minutes |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
    For Defendant:    Patrick Cotter, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1s | X | 30 months | 5 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Counts 3s and 8s are dismissed on a motion by the Government.
☒ Government's motion is granted.
☒ ECF filings at No. 2285, 2286, 2293-2294 and 2299-2300 shall be restricted or sealed until 8/27/50 (25 years).
☒ Defendant is remanded to the custody of the USM.

Date: August 27, 2025

                                                                                                    s/Kristine Wegner
                                                                   Courtroom Deputy to Judge Nancy E. Brasel